UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

Patricio Paladin,
Richard West,
      Plaintiffs,

v.                                                      Civil No.  05-CV-79-SM

Cesar Rivas, et al.,
      Defendants.

## Order to Transport David Coulombe

It is hereby ordered that the NH Department of Corrections shall transport witness David Coulombe (NHSP #33673) from the Northern Correctional Facility in Berlin to the United States Courthouse in Concord on September 11, 2006, no later than 10:30 a.m.

                                                               /s/ Steven J. McAuliffe
                                                               Steven McAuliffe
                                                               United States District Judge

September 1, 2006