UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

Patricio Paladin,
Richard West,
   Plaintiffs,

v.             Civil No.  05-CV-79-SM

Cesar Rivas, et al.,
   Defendants.

### Order to Transport Efrain Perez

It is hereby ordered that the Hillsborough County Sheriff's Department shall transport witness Efrain Perez from the Hillsborough County Jail in Manchester to the United States Courthouse in Concord on September 12, 2006, to arrive no later than 8:30 a.m., until the end of proceedings that day.

                 /s/ Steven J. McAuliffe
                 Steven McAuliffe
                 United States District Judge

September 1, 2006