UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

Patricio Paladin,
Richard West,
        Plaintiffs,

v.                                  Civil No.  05-CV-79-SM

Cesar Rivas, et al.,
        Defendants.

## Order to Transport Jason Surprenant

It is hereby ordered that the NH Department of Corrections shall transport witness Jason Surprenant (NHSP #33686) from the New Hampshire State Prison in Concord to the United States Courthouse on September 11, 2006, to arrive no later than 9:30 a.m., until the end of proceedings that day.

                                        /s/ Steven J. McAuliffe
                                        Steven McAuliffe
                                        United States District Judge

September 1, 2006