UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

Patricio Paladin,
Richard West,
          Plaintiffs,

v.

Civil No. 05-CV-79-SM

Cesar Rivas, et al.,
          Defendants.

## Order to Transport Nicholas Champagne

It is hereby ordered that the NH Department of Corrections shall transport witness

Nicholas Champagne (NHSP #33390) from the New Hampshire State Prison in Concord to the

United States Courthouse on September 11, 2006, to arrive no later than 9:30 a.m., until the end

of proceedings that day.

/s/ Steven J. McAuliffe

Steven McAuliffe
United States District Judge

September 1, 2006